# EXHIBIT 25

# Jefferies

**Jefferies LLC**
520 Madison Avenue
New York, NY 10022
*tel* 212.336.7324
*fax* 646.786.5585
Jefferies.com

**Jennifer A. Kane**
Senior Vice President
jkane@jefferies.com

February 19, 2019

**Via Overnight Mail**
J. Noah Hagey
351 California Street,
10th Floor,
San Francisco, CA 94104

    *Re:*    **In the Matter of the Arbitration between,**
            *Carbon Investment Partners, LLC, et al. v. Bressler*
            *Bressler v. Carbon Investment Partners, LLC, et al.*
            **Arbitration Case No: 01-18-0001-3401**

Counsel:

    Please find enclosed the money orders received in this office on February 11, 2019. Please note that the Jefferies employees identified therein do not intend to participate in the Oklahoma AAA arbitration proceeding.

    If you have any questions, please contact me directly at 212-336-7324.

Sincerely,

*[signature]*

Jennifer A. Kane
Assistant General Counsel
*Jefferies LLC*

Enclosures

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

# CHASE

Date 02/11/2019

**Pay To The Order Of:** Alton Jones

$** 40.00 **

**Pay:** FORTY DOLLARS AND 00 CENTS

NOT VALID FOR MORE THAN $1000.00

Do not write outside this box

Memo: _____

Note: For information only. Comment has no effect on bank's payment.

SENDER/DRAWER: NY, NY

ADDRESS:
JPMorgan Chase Bank, N.A.
Columbus, OH



Security Features Details on Back.

# CHASE 🛡

Date 02/11/2019

**Pay To The Order Of:** Barsam Lakani          $** 40.00 **

**Pay:** FORTY DOLLARS AND 00 CENTS

NOT VALID FOR MORE THAN $1000.00

Do not write outside this box

Memo: _____

Note: For information only. Comment has no effect on bank's payment.

SENDER/DRAWER: NYNY

ADDRESS:
JPMorgan Chase Bank, N.A.
Columbus, OH

Security Features Details on Back.

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK · MONEY ORDER · HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

# CHASE 

Date    02/11/2019

**Pay To The Order Of:**  Christopher Brunchi          $** 40.00 **

**Pay:**   FORTY DOLLARS AND 00 CENTS

NOT VALID FOR MORE THAN $1000.00

Do not write outside this box

Memo: _____
Note: For information only. Comment has no effect on bank's payment.

SENDER/DRAWER: _____

ADDRESS:
JPMorgan Chase Bank, N.A.
Columbus, OH

Security Features Details on Back.

HOLD DOCUMENT UP TO THE LIGHT TO SEE TRUE WATERMARK **MONEY ORDER** HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

# CHASE ⬡

Date    02/11/2019

**Pay To The Order Of:** Victor Bong    $** 40.00 **

**Pay:** FORTY DOLLARS AND 00 CENTS

NOT VALID FOR MORE THAN $1000.00

Do not write outside this box

SENDER/DRAWER: NY NY

ADDRESS:

Memo: _____

Note: For information only. Comment has no effect on bank's payment.

JPMorgan Chase Bank, N.A.
Columbus, OH

Security Features Details on Back.